*In re* JUNE I. ORTIZ TERREFORTE.

*Número:* TS-3189          *Resuelto:* 6 de junio de 2003

*José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *June I. Ortiz Terreforte, pro se.*

## RESOLUCIÓN

Examinada la "Petición" para darse de baja del ejercicio de la abogacía y de la notaría presentada por la Lcda. June I. Ortiz Terreforte el 8 de abril de 2003, así como la "Moción en Contestación a Resolución" presentada por el Colegio de Abogados de Puerto Rico el 12 de mayo de 2003, *se accede a lo solicitado efectivo inmediatamente. La peticionaria deberá notificar a todos los clientes a quienes actualmente representa de su renuncia al ejercicio de la abogacía. Además, deberá tomar las medidas correspondientes para devolver los expedientes de los casos activos a aquellas personas que así lo soliciten.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribu-

nal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(Fdo.) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*